FILED

AUG 13 2025

U.S. Court of Appeals
Eighth Circuit- St. Paul, MN

## CERTIFICATE OF SERVICE

I hereby certify that on August 12, 2025, I electronically filed this document

with the Clerk of the Court for the United States Court of Appeals for the Eighth

Circuit by using the CM/ECF system. I certify that all participants in the case are

registered CM/ECF users and that service will be accomplished by the CM/ECF

system. I further certify that I served all participants in United States District

Court for the Southern District of Iowa Case No. 4:24-cv-00449 via email.


Dated: August 13, 2025         /s/ Alan R. Ostergren
                               **Alan R. Ostergren**

RECEIVED

AUG 13 2025

U.S. Court of Appeals
Eighth Circuit- St. Paul, MN

22