# United States Court of Appeals
### *For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Susan E. Bindler**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

August 14, 2025

Alan R. Ostergren
Suite 420
500 E. Court Avenue
Des Moines, IA  50309

     RE:  25-2603  In re: President Donald J. Trump

Dear Counsel:

     A petition for a writ has been filed under the above referenced number. Your case will be referred to a panel of judges, and you will be advised of the Court's ruling.

     Please note that service by pro se parties is governed by Eighth Circuit Rule 25B. A copy of the rule and additional information is attached to the pro se party's copy of this notice.

     On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

     Susan E. Bindler
     Clerk of Court

CBO

Enclosure(s)

cc:   Clerk, U.S. District Court, Southern Iowa
     Alan R. Ostergren
     Edward A. Paltzik

     District Court/Agency Case Number(s):  4:24-cv-00449-RGE

**Caption for Case Number:   25-2603**

In re: President Donald J. Trump

          Petitioner

**Addresses for Case Participants:  25-2603**

Alan R. Ostergren
Suite 420
500 E. Court Avenue
Des Moines, IA  50309

Clerk, U.S. District Court, Southern Iowa
U.S. DISTRICT COURT
Southern District of Iowa
P.O. Box 9344
Des Moines, IA  50306-0000

Alan R. Ostergren
Suite 420
500 E. Court Avenue
Des Moines, IA  50309

Edward A. Paltzik
TAYLOR & DYKEMA
925 E. 25th Street
Houston, TX  77009