

# CERTIFICATE OF COMPLIANCE

This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32 (a)(6). This document has been prepared in a proportionally spaced typeface using Microsoft Word for Mac ver. 16.97.2 in 14-point Equity B type style. According to that word processing system, this document contains **3858** words, excluding parts of the document exempted by Fed. R. App. P. 32(f).

I further certify that this petition and the addendum have been scanned for computer viruses and been found to be virus-free.

Dated: August 13, 2025    /s/ Alan R. Ostergren
                                           **Alan R. Ostergren**

RECEIVED AUG 13 2025 U.S. Court of Appeals Eighth Circuit- St. Paul, MN