# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 25-2603

In re: President Donald Trump

Petitioner

---

Appeal from U.S. District Court for the Southern District of Iowa - Central
(4:24-cv-00449-RGE)

---

**ORDER**

Donald J. Trump has filed a petition for writ of mandamus. The defendants in the district court matter are directed to file a response to the petition. The response is due August 29, 2025.

August 19, 2025

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
          /s/ Susan E. Bindler