**No. 25-2603**

---

**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

---

In re: PRESIDENT DONALD J. TRUMP,
*Petitioner.*

---

On Appeal from the United States District Court
for the Southern District of Iowa
Case No. 4:24-cv-00449-RGE
Honorable Rebecca Goodgame Ebinger, District Judge

---

# RESPONDENT SELZER & COMPANY'S CORPORATE DISCLOSURE STATEMENT

---


Greg H. Greubel
Adam Steinbaugh
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION (FIRE)
510 Walnut St., Ste 900
Philadelphia, PA 19106
(215) 717-3473
greg.greubel@thefire.org
adam@thefire.org

Robert Corn-Revere†
Conor T. Fitzpatrick
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION (FIRE)
700 Pennsylvania Ave. SE, Ste. 340
Washington, DC 20003
(215) 717-3473
bob.corn-revere@thefire.org
conor.fitzpatrick@thefire.org

Matthew A. McGuire
Nyemaster Goode, P.C.
700 Walnut St., Suite 1300
Des Moines, IA 50309
(515) 283-8014
mmcguire@nyemaster.com

*Attorneys for Respondents J. Ann Selzer and Selzer & Company*

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eighth Circuit Local Rule 26.1(a), Respondent Selzer & Company states that it is a citizen of the State of Iowa for the purposes of diversity jurisdiction. Further, Selzer & Company does not have a parent corporation, and no publicly held corporation owns 10% or more of its stock.

Dated: September 3, 2025

Respectfully Submitted,

/s/ Robert Corn-Revere
Robert Corn-Revere†
(DC Bar No. 375415)
Conor T. Fitzpatrick
(Mich. Bar No. P78981)
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION (FIRE)
700 Pennsylvania Ave. SE, Ste. 340
Washington, DC 20003
(215) 717-3473
bob.corn-revere@thefire.org
conor.fitzpatrick@thefire.org

Greg H. Greubel
(Iowa Bar No. AT0015474)
Adam Steinbaugh
(Cal. Bar No. 304829)
FOUNDATION FOR INDIVIDUAL RIGHTS AND EXPRESSION (FIRE)
510 Walnut St., Ste. 900
Philadelphia, PA 19106
(215) 717-3473
greg.greubel@thefire.org
adam@thefire.org

Matthew A. McGuire
(Iowa Bar No. AT0011932)
Nyemaster Goode, P.C.
700 Walnut St., Suite 1300
Des Moines, IA 50309
(515) 283-8014
mmcguire@nyemaster.com

† *Counsel of Record*

*Attorneys for Respondents J. Ann Selzer and Selzer & Company*

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the care are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Robert Corn-Revere*