IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| In re PRESIDENT DONALD J. TRUMP,<br><br>Petitioner. | Case No. 25-2603<br><br>**RESPONDENTS DES MOINES REGISTER & TRIBUNE COMPANY AND GANNETT CO., INC.'S CORPORATE DISCLOSURE STATEMENTS** |

## CORPORATE DISCLOSURE STATEMENTS

Pursuant to Federal Rule of Appellate Procedure 26.1 and Eighth Circuit Local Rule 26.1A, undersigned counsel states as follows:

1. **Respondent Gannett Co., Inc.** does not have a parent corporation, and no publicly held corporation owns 10% or more of its stock.

2. **Respondent Des Moines Register & Tribune Company** is an indirect wholly owned subsidiary of Gannett Co., Inc., and is not publicly traded.

Dated: September 3, 2025 Respectfully submitted,

*/s/ David Yoshimura*

**Nicholas A. Klinefeldt**
**David Yoshimura**
FAEGRE DRINKER BIDDLE & REATH LLP
801 Grand Avenue, 33rd Floor
Des Moines, Iowa 50309
*nick.klinefeldt@faegredrinker.com*
*david.yoshimura@faegredrinker.com*

## CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

Dated: September 3, 2025      */s/ Paulette Ohnemus*



Appellate Case: 25-2603 Page: 3 Date Filed: 09/03/2025 Entry ID: 5554106