**United States Court of Appeals**
***For The Eighth Circuit***
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
***Clerk of Court***

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

October 24, 2025

Alan R. Ostergren
Suite 420
500 E. Court Avenue
Des Moines, IA 50309

RE: 25-2603 In re: President Donald J. Trump

Dear Counsel:

Enclosed is a copy of an order entered today in the above case. Mandate is being issued and sent in seven days to the Clerk of the United States District Court.

Susan E. Bindler
Clerk of Court

NDG

Enclosure(s)

cc: Clerk, U.S. District Court, Southern Iowa
Robert Corn-Revere
Conor T. Fitzpatrick
Greg Harold Greubel
Nicholas A. Klinefeldt
Edward A. Paltzik
Adam Blair Steinbaugh
David Yoshimura

District Court/Agency Case Number(s): 4:24-cv-00449-RGE